UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anthony Clark,                                            Civil No. 11-0577 (DSD/JJG)

            **Plaintiff,**

v.                                                         **ORDER**

Michael J. Astrue, Commissioner of
Social Security,

            **Defendant.**

---

The above-entitled matter came before the Court on the Report and Recommendation of the United States Magistrate Judge. No objections to that Report and Recommendation were filed in the time period permitted. Accordingly, based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Anthony Clark's Motion for Summary Judgment (Doc. No. 12) is **DENIED**;

    2.    Defendant Commissioner's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**; and

    3.    This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 15, 2012

                                                                         s/David S. Doty
                                                                         DAVID S. DOTY, Judge
                                                                         United States District Court